B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Western District of Texas** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Republic Resources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-2866094** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3303 Oakwell Court, Suite 220**<br>**San Antonio, TX**<br><div align="right">ZIP Code<br>**78218**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Oilfield known as "Serbin Field" located in Bastrop County, TX**<br>**Bastrop, TX 78602** |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."      ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(04/13)** <div align="right">Page 2</div>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Republic Resources, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Republic Resources, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William B. Kingman**
Signature of Attorney for Debtor(s)

**William B. Kingman 11476200**
Printed Name of Attorney for Debtor(s)

**Law Offices of William B. Kingman, P.C.**
Firm Name

**4040 Broadway**
**Suite 450**
**San Antonio, TX 78209**

Address

**Email: bkingman@kingmanlaw.com**
**(210) 829-1199  Fax: (210) 821-1114**
Telephone Number

**October 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John V. York**
Signature of Authorized Individual

**John V. York**
Printed Name of Authorized Individual

**President/Managing Member**
Title of Authorized Individual

**October 31, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re    **Republic Resources, LLC**                 Case No. _____
                                  Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Baker Hughes Oilfield Operations, Inc**<br>P.O. Box 301057<br>Dallas, TX 75303 | **Baker Hughes Oilfield Operations, Inc**<br>P.O. Box 301057<br>Dallas, TX 75303 | **Lawsuit<br>2015-52286<br>295th Judicial<br>District, Harris CO** | | **1,645,780.34** |
| **Padre Tubular Inc**<br>P.O. Box 189<br>Corpus Christi, TX 78403 | **Padre Tubular Inc**<br>P.O. Box 189<br>Corpus Christi, TX 78403 | | | **263,247.33** |
| **Milton O. Sundbeck**<br>P.O. Drawer 1217<br>West Point, MS 39773 | **Milton O. Sundbeck**<br>P.O. Drawer 1217<br>West Point, MS 39773 | **Working interest owner** | | **179,729.01** |
| **Precision Drilling Co**<br>P.O. Box 202695<br>Dallas, TX 75320 | **Precision Drilling Co**<br>P.O. Box 202695<br>Dallas, TX 75320 | | | **175,713.18** |
| **Tenkay Resources Inc**<br>24 Waterway  #700<br>Spring, TX 77380 | **Tenkay Resources Inc**<br>24 Waterway  #700<br>Spring, TX 77380 | **Working interest owner** | | **152,556.19** |
| **Internal Revenue Service Centralized Insolvency Operations**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **Internal Revenue Service Centralized Insolvency Operations**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **income taxes** | | **103,514.69** |
| **David Longoria Trucking**<br>P.O. Box 159<br>Agua Dulce, TX 78330 | **David Longoria Trucking**<br>P.O. Box 159<br>Agua Dulce, TX 78330 | | | **90,040.08** |
| **Sun Coast Resources Inc**<br>P.O. Box 202603<br>Dallas, TX 75320 | **Sun Coast Resources Inc**<br>P.O. Box 202603<br>Dallas, TX 75320 | | | **79,389.26** |
| **Mike J. Jones**<br>P.O. Box 487<br>Quincy, WA 98848 | **Mike J. Jones**<br>P.O. Box 487<br>Quincy, WA 98848 | **Working interest owner** | | **76,515.60** |
| **Nitro Construction**<br>P.O. Box 582<br>Yorktown, TX 78164 | **Nitro Construction**<br>P.O. Box 582<br>Yorktown, TX 78164 | | | **71,953.51** |
| **David & Edna Harden**<br>203 Boone Rd<br>Washington, PA 15301 | **David & Edna Harden**<br>203 Boone Rd<br>Washington, PA 15301 | **Working interest owner** | | **64,570.50** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Republic Resources, LLC**                           Case No.                    
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lee's Oilfield Services P.O. Box 1348 Orange Grove, TX 78372 | Lee's Oilfield Services P.O. Box 1348 Orange Grove, TX 78372 | | | 62,608.47 |
| Cross Timbers Energy LLC 400 West Seventh St. Fort Worth, TX 76102 | Cross Timbers Energy LLC 400 West Seventh St. Fort Worth, TX 76102 | Working interest owner | | 61,665.79 |
| Marilyn Jo & Dale Hamilton 8120 Amelia Cove Austin, TX 78750 | Marilyn Jo & Dale Hamilton 8120 Amelia Cove Austin, TX 78750 | Royalty owner | | 58,838.00 |
| Carl Nink P.O. Box 356 Cypress, TX 77410 | Carl Nink P.O. Box 356 Cypress, TX 77410 | Royalty owner | | 49,992.19 |
| Texas Industrial Engine P.O. Box 590 George West, TX 78022 | Texas Industrial Engine P.O. Box 590 George West, TX 78022 | | | 49,935.30 |
| Oil States Energy Services P.O. Box 203567 Dallas, TX 75320 | Oil States Energy Services P.O. Box 203567 Dallas, TX 75320 | | | 48,602.26 |
| GEM Services LLP P.O. Box 1101 Pearsall, TX 78061 | GEM Services LLP P.O. Box 1101 Pearsall, TX 78061 | | | 45,375.20 |
| AAA Well Service P.O. Box 33 Millsap, TX 76066 | AAA Well Service P.O. Box 33 Millsap, TX 76066 | | | 45,067.19 |
| Catalyst Finance LP P.O. Box 3586 Houston, TX 77253 | Catalyst Finance LP P.O. Box 3586 Houston, TX 77253 | | | 44,380.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President/Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 31, 2015**               Signature  **/s/ John V. York**
                                             **John V. York**
                                             **President/Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Western District of Texas

In re    **Republic Resources, LLC** _____ ,

                                                     Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John V. York**<br>**3303 Oakwell Court, Suite 220**<br>**San Antonio, TX 78218** | **Managing Member** | | **48% membership interest** |
| **Price Heritage, LP**<br>**903 N. Loop St.**<br>**San Marcos, TX 78666** | **Member** | | **4% membership interest** |
| **Steven W. Price**<br>**3303 Oakwell Court, Suite 220**<br>**San Antonio, TX 78218** | **Managing Member** | | **48% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President/Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **October 31, 2015** _____

Signature _**/s/ John V. York**_____
                  **John V. York**
                  **President/Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Texas

In re  **Republic Resources, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 31, 2015**

**/s/ John V. York**
**John V. York/President/Managing Member**
Signer/Title

2-J Well Service LLC
1115 17th St
Hondo, TX 78861


24 Hr Welding Service
P.O. Box 275
Lolita, TX 77971


3303 Oakwell, Ltd.
3303 Oakwell Court, Suite 200
San Antonio, TX 78218


448 Supply, Inc.
P.O. Box 1274
Giddings, TX 78942


AAA Well Service
P.O. Box 33
Millsap, TX 76066


David J. Abdoo
133 Roswell Ave
Long Beach, CA 90803


Acme Truck Line Inc
P.O. Box 415000
Nashville, TN 37241


Randall Addison
P.O. BOX 1296
George West, TX 78022


Robert Kirk Addison
5589 Buena Martina Way
Las Vegas, NV 89141


Sandra Alexander
P.O. Box 972
Smithville, TX 78957


Alexco Energy II
8333 Sawgrass Dr
Lone Tree, CO 80124

Alexco Energy LLC
8333 Sawgrass Dr
Lone Tree, CO 80124


Alice G. Federer Revocable Trust
6600 Killgore Dr. #9
Amarillo, TX 79106


Annette Alley
6215 Saddle Ridge
Arlington, TX 76016


Stephen E Almond Sr
Box 805
Norcross, GA 30091


Alpha Machine & Repair
P.O. Box 429
Jourdanton, TX 78026


Paul Altheide
202 Del Mar
Corpus Christi, TX 78404


Kathy Alvey
520 gold Cove Dr.
Dahlonega, GA 30533


American Express
P.O. Box 650448
Dallas, TX 75265


American Shoreline Inc
802 N. Carancahua St., #1250
Corpus Christi, TX 78401


Anderson Oil Ltd.
P.O. Box 4346
Dept 138
Houston, TX 77210


Anderson Perforating Service
P.O. Box 2037
Albany, TX 76430

Anderson's Drilling
P.O. Box 1287
Granbury, TX 76048


David & Kristen Anderson
6542 Enclave Dr.
Clarkston, MI 48348


Andrew E. Lemanski
Andrew E. Lemanski & Associates
9600 Long Point Rd #150
Houston, TX 77055


Apel Steel Corporation
P.O. Box 159
Vinemont, AL 35179


Ronald Apel
P.O. Box 159
Vinemont, AL 35179


Arthur O. Silver Trust
11500 King St
Franklin Park, IL 60131


Deborah Sue Ashley
1419 Canyon Edge
San Antonio, TX 78248


Nancy & Greg Asproth
13355 26th St North
Stillwater, MN 55082


Atascosa County Tax A/C
1001 Oak St.
Jourdanton, TX 78026


Attorney General of U.S.
950 Pennsylvania Ave. NW
Washington, DC 20530


John C. Atz
239 River Dr
Jupiter, FL 33469

Aubain Supply Co
P.O. Box 727
Giddings, TX 78942


Anthony Azar
200 Brownson Lane
Driftwood, TX 78619


B&L Water Service
P.O. Box 213
Winnie, TX 77665


Baker Hughes Oilfield Operations, Inc
P.O. Box 301057
Dallas, TX 75303


Dan & Julia Banks
107 Scheele Rd
Boerne, TX 78015


Richard & Sharon Barcelona
500 Wedgewood Lane
Canonsburg, PA 15317


Bastrop County Tax Assessor
P.O. Box 579
Bastrop, TX 78602


Jackie Bathman
3403 Bluffs Lane
Allen, TX 75002


Beck Bros.
P.O. Box 712
Beeville, TX 78104


Bee County Tax Assessor
P.O. Box 1900
Beeville, TX 78104


Paul Bellenger Jr.
P.O. box 14048
Jackson, MS 39236

Benchmark Ad Valorem LLC
P.O. Box 700925
San Antonio, TX 78270


Monty Benenhaley
111 Covey Rise
Warner Robins, GA 31088


Sherry Bettersworth
821 Mission Hills Dr.
New Braunfels, TX 78130


Bexar County Tax A/C
P.O. Box 839950
San Antonio, TX 78283-3950


Bexar County Tax A/C
c/o David Aelvoet, Esq.
Linebarger, Goggan
711 Navarro, Suite 300
San Antonio, TX 78205


William L Biach
108 Holly St
Cranford, NJ 07016


Black Stone Acquisitions Partners
1001 Fannin, Suite 2020
Houston, TX 77210


Clifford Bloom
7757 Somerset Dr.
Marengo, IL 60152


BradleyBook
Meredith Esterline
3634 Fossil Creek
San Antonio, TX 78261


BP America Production Company
P.O. Box 848103
Dallas, TX 75284

Kelly A. Brannen
20 Turnberry Ct
Buffalo, NY 14221


Jayne Brantley
1512 CR 878
Sweeny, TX 77480


Bravo Oilfield Services
3303 Oakwell Court, Suite 220
San Antonio, TX 78218


Alan Breedlove
2119 S. Villa Dr.
Gibsonia, PA 15044


Brinkoeter Partners Ltd
305 N St. Mary's St.
Beeville, TX 78102


Colton Brinkoeter
305 N. St. Mary's st.
Beeville, TX 78102


Nona Clay Brinkoeter
c/o Jefferson Bank
P.O. Box 5190
San Antonio, TX 78201


Jerry Brown
P.O. Box 239
Chappell Hill, TX 77426


Martin Brown
W9707 County Rd B
Coleman, WI 54112


Roy & Myrna Brown
1028 Miller Co 73
Doddridge, AR 71834


Patricia A. Burger
302 Roy El Court
Wapello, IA 52653

Kerry Burks
1741 Chatham Lane
Keller, TX 76248


Canary Drilling Services
P.O. Box 670257
Dallas, TX 75267


William & Debra Cantwell
802 N. Meridian St #404
Indianapolis, IN 46204


Catalyst Finance LP
P.O. Box 3586
Houston, TX 77253


Sharon Jane Cavanagh
2917 Alleghany Dr NE
Cedar Rapids, IA 52402


CC Forbes Company LP
P.O. Box 250
Alice, TX 78333


Century 2000 Royalty Partnership
P.O. Box 587
Marlow, OK 73055


Charles E. Schiedegger Trust
6919 Montreal Dr
Lakeland, FL 33810


Charlotte ISD Tax Office
P.O. Box 366
Charlotte, TX 78011


R.B. Christensen
7620 Hardeson Rd
Everett, WA 98203


Clayton & CLayton
120 Austin Hwy, #105
San Antonio, TX 78209

Coastal Chemical Co, LLC
P.O. Box 122214
Dallas, TX 75312

Coastal Drilling
311 Saratoga Blvd.
Corpus Christi, TX 78417

Billy & Maria Colbert
570 Parkfield Dr.
Pleasanton, TX 78064

Glenn Coleman
5325 Wild Olive Tr
Corpus Christi, TX 78413

Rebecca Prochaska Colgan
20601 W. 88th St.
Lenexa, KS 66220

Commercial Electric Co
P.O. Box 754
Giddings, TX 78942

Conoco Phillips
22295 Network Place
Chicago, IL 60673

Corda Corporation
500 N. Akard St., SUite 3540
Dallas, TX 75201

Coronado Resources 2013 LP
3811 Turtle Creek Blvd #1800
Dallas, TX 75219

Greg Cox
12167 FM 2393
Wichita Falls, TX 76305

Cross Timbers Energy LLC
400 West Seventh St.
Fort Worth, TX 76102

Crossroads Oilfield Supply
P.O. Box 1546
El Campo, TX 77437


Crown Well Energy Service
P.O. Box 382
La Porte, TX 77572


Julia Michelle Curtis
104 Hannah Circle
Underwood, IA 51576


D&B Rental Services
P.O. Box 338
Yorktown, TX 78164


Dahill Industries
P.O. Box 205354
Dallas, TX 75320


David Harmon Family Partnership
24670 Cordillera Dr.
Calabasas, CA 91302


David Longoria Trucking
P.O. Box 159
Agua Dulce, TX 78330


David R. Zabel Revocable Trust
15166 N 122nd St
Stillwater, MN 55082


Elva Hermmann David
209 Milford
Seguin, TX 78155


William Davis
22 NE 22nd Ave.
Pompano Beach, FL 33062


Thomas Deans
1401 June Avenue South
Minneapolis, MN 55416

Derrick Corporation
P.O. Box 301191
Dallas, TX 75303


Diamond Energy Services
406 S. Boulder Ave, #708
Tulsa, OK 74103


Mary Frances Dipiazza
59 Jefferson St.
Clifton, NJ 07014


Dirks Family Properties Ltd
P.O. Box 200
Tuleta, TX 78162


Downing Well Service
P.O. Box 564
Devine, TX 78016


DSR Investments
P.O. Box 114
Warda, TX 78960


Paul Duncan
7980 Noble Ct
Arvada, CO 80007


Dune Operating
811 Louisiana #2300
Houston, TX 77002


E G Oilfield Service Inc
9850 Compton Rd
Corpus Christi, TX 78418


Eagle Automation Limited
4455 SPID #45
Corpus Christi, TX 78411


Eagle Oilfield Inspection
P.O. Box 695
Broussard, LA 70518

East Texas Oilfield Supply
P.O. Box 308
New Waverly, TX 77358


John H. Edwards III
P.O. Box 1609
Monroe, NC 28111


Robert Edwards
101 Stephanie Place
Divide, CO 80814


Edwin M. Jones Oil Co
404 Milam Bldg
San Antonio, TX 78205


Patricia Ann Ehmen
658 Patterson Lane
Meridianville, AL 35759


Eland Energy Co
P.O. Box 671701
Dallas, TX 75267


Fred Elias, Jr.
2372 Cardigan Ct
Warren, MI 48091


Elite Communications Services
102 Deer Tree Rd
Lafayette, LA 70507


Energy First Engineering
8620 N. New Braunfels #212
San Antonio, TX 78217


Environmental Services
P.O. Box 3108
Wimberley, TX 78676


Ernest Operating Company
120 E. Bell
Rockdale, TX 76567

ETC Pipeline Ltd.
P.O. Box 951439
Dallas, TX 75395


Express Energy Services
P.O. Box 843971
Dallas, TX 75284


Brendan Feeney
352 Tremont St.
Braintree, MA 02184


Terry Hermann Felux
256 Legacy Trail
La Vernia, TX 78121


Richard L. Fine
727 Willow Pointe South Dr
Paragon, IN 46166


John Peregrine Fitzhugh
1401 Short 18th St.
Charlottesville, VA 22902


David Foltz
19279 North Ridge Rd
Detroit Lakes, MN 56501


Fore B Leasing, LLC
81 Reynosa
San Antonio, TX 78261


C.T. Forster
480 Sebring Rd
Beaver, PA 15009


Freedom Oilfield Service
325 Remco Dr
Haughton, LA 71037


Frio County Tax Office
Box 20
Pearsall, TX 78061

Marty J. Fuller
828 West Briar Lake dr.
Starkville, MS 39759


Gary & Debrah Cross Trust
2991 English Place
Chino Hills, CA 91709


Gary Gastineau Family Trust
702 Lime Rock Dr.
Round Rock, TX 78681


Markel Gasch
4848 Granato Rd
Poteet, TX 78065


Gaydos Vac Services LLC
P.O. Box 1020
Pleasanton, TX 78064


GEM Services LLP
P.O. Box 1101
Pearsall, TX 78061


George G. Daniels/Taft Investment
P.O. Box 59007
Orlando, FL 32859


George R Brown Partnership LP
P.O. Box 4346
Dept 628
Houston, TX 77210


Tom D. Gholson
2501 Westerland Dr  #F-205
Houston, TX 77063


Terry Gibson
P.O. Box 380
Tupelo, MS 38802


James Giesler
505 Lillian Dr.
Saint Petersburg, FL 33708

Claudia Gill
P.O. Box 86
Tuleta, TX 78162


Joy H. Gissler
6299 Beverly Dr.
Frisco, TX 75034


Clayton Gladen
23778 420th St.
Laporte, MN 56461


Globe Energy Services
P.O. Box 255
Snyder, TX 79550


William C Goss
5 Mariners Lane
Kemah, TX 77565


Lynn M. Graf
219 Corry Ct
Mount Pleasant, IA 52641


John Grantham
110 Wagon Road Lane
Terrace Park, OH 45174


Ernest Graves
P.O. Box 98
Delphos, OH 45833


Great Guns Inc
P.O. Box 813
Hardin, TX 77561


Douglas A Green
21593 Rono Rd
Crosby, MN 56441


Kim R. Griesmann
8801 Sycamore Court
Eden Prairie, MN 55347

Gulf Coast Bank & Trust
P.O. Box 203047
Houston, TX 77216

Gulf Coast Total Fluids
5429 Wagon Trail
Robstown, TX 78380

Ann Gully Crisp
430 Blankenbaker Lane
Louisville, KY 40207

Phillip Gully Jr.
P.O. Box 90223
San Antonio, TX 78209

Michael Haas
P.O. Box 12197
Dhahran
SAUDI ARABIA   31311

David Hackman
c/o Bank of America
P.O. Box 844143
Dallas, TX 75284

Gary Daniel Hamilton
13545 Bullick HOllow Rd
Austin, TX 78726

Marilyn Jo & Dale Hamilton
8120 Amelia Cove
Austin, TX 78750

Harley Hansen
P.O. Box 9755
Yakima, WA 98909

Janice Marie Hermann Harborth
9081 N State Hwy 123
Seguin, TX 78155

David & Edna Harden
203 Boone Rd
Washington, PA 15301

Scott W. Harden
252 Boone Rd
Washington, PA 15301


Joseph W. Hart
P.O. Box 1023
Thomasville, NC 27361


Keith & Mary Heard
1822 Stinson Creek Rd
Columbus, MS 39705


Michael D Heck
18060 75th Ave
Chippewa Falls, WI 54729


Robert Henrichson Jr.
P.O. Box 24
Freer, TX 78357


George T Henrichson
956 FM 1558
Big Wells, TX 78830


Patricia Henrichson
6724 Picket
Richmond, TX 77469


Susan Henrichson
14000 Ceylon Tea Circle
Pflugerville, TX 78660


Thomas I. Henrichson
P.O. Box 1096
Blanco, TX 78606


William L. Henrichson
1362 FM 1558
Big Wells, TX 78830


Shirley Hensley
Box 187
Tuleta, TX 78162

Heritage Well Supply
P.O. Box 249
Charlotte, TX 78011


Donald Wayne Herrmann
4977 CR 83
Robstown, TX 78380


Evelyn Herrmann
3110 CR 531
Hondo, TX 78861


George Lee Herrmann
P.O. Box 1615
Pflugerville, TX 78691


Judith R. Herrmann
5011 CR 83
Robstown, TX 78380


Lila Beth Herrmann
226 Preston Dr. #205
Seguin, TX 78155


Todd Hewitt
500 Westbrook Dr.
Austin, TX 78746


Richard Higgins
P.O. Box 1809
Hickory, NC 28603


Michael Hogan
P.O. Box 1669
Loomis, CA 95650


Patricia Holland
5301 County Rd 83
Robstown, TX 78380


Bill J. Horne
P.O. Box 1543
Ada, OK 74821

Robert Huette
P.O. Box 65
Weimar, TX 78962


Dewey Hukill
P.O. Box 74
Olton, TX 79064


Humana Health Insurance
P.O. Box 560
Carol Stream, IL 60132


Michael L Hurt, PE
86 Monroe Dr
Chambersburg, PA 17201


Inland Environmental
P.O. Box 1090
Columbus, TX 78934


Intergrated Production Services
P.O. Box 201934
Dallas, TX 75320


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Iron Horse TOols LLC
P.O. Box 122410
Dallas, TX 75312


Irongate Energy Services
P.O. Box 204423
Dallas, TX 75320


Julian Israel
18214 Branson Fall
San Antonio, TX 78255


J&P Service
P.O. Box 207
Giddings, TX 78942

J-W Power Company
P.O. Box 205856
Dallas, TX 75320

Jack Goldstein Unitrust
555 Poyntz Ave.
Manhattan, KS 66502

James E. Cooper & Son
P.O. Box 816
Pleasanton, TX 78064

James Gray Matthews Living Trust
6545 Bayou Glen Rd
Houston, TX 77057

James L. Dirks Family Trust
2500 Barton Creek Blvd #3212
Austin, TX 78735

Raymond K Janson
1200 Garfield Ave SW
Canton, OH 44706

JDMI LLC
P.O. BOx 271120
Corpus Christi, TX 78427

Jefferson County Tax Office
P.O. Box 2112
Beaumont, TX 77704

Dale Jefferson
505 White Wing Lane
Houston, TX 77079

Jeffrey Property
c/o Steven Anderson
8860 152nd St. North
Hugo, MN 55038

Jerry Lesch Revocable Trust
24158 N. 3965 Rd.
Bartlesville, OK 74006

Jetta Operating Company Inc.
P.O. Box 164009
Fort Worth, TX 76161


Jim Wells County Tax A/C
P.O. Box 607
Alice, TX 78333


JMS Gas Measurement Services
4413 Clearwater Dr.
Corpus Christi, TX 78413


John A. Anderegg Jr Trust
55 Old Head of the Bay Rd
Buzzards Bay, MA 02532


Johnson Resources LLC
P.O. Box 10459
Corpus Christi, TX 78460


Matt & Ann Johnston
16014 Sierra Encino
San Antonio, TX 78232


Thomas L. Jones Jr.
2509 CR 318
Yoakum, TX 77995


Gene Jones
P.O. Drawer A
Kingsville, TX 78364


Mike J. Jones
P.O. Box 487
Quincy, WA 98848


JYL, LLC
7660 Woodway Dr., #301
Houston, TX 77063


K-3 Services
P.O. Box 2236
Alvin, TX 77512

Karnes Family Ltd Partnership
P.O. Box 363
Trinity, TX 75862

Roy E. Karnes Jr
P.O. Box 363
Trinity, TX 75862

Charles R. Karnes
635 Peach Island
Trinity, TX 75862

Katch Kan USA
13610 Poplar Circle
Conroe, TX 77304

Katco Vacuum Truck Services
P.O. Box 399
Hebbronville, TX 78361

Maida Grace Kelley
2110 Medina Hwy
Kerrville, TX 78028

Jennifer Paschal Kenner
11814 Longleaf Lane
Houston, TX 77024

Key Energy Services Inc
P.O. Box 4649
Houston, TX 77210

Charles Kinsey
2538 Mountain Lane
Greeley, CO 80634

Edward Kirby
6105 Pine Hill Rd
Colorado Springs, CO 80918

Gerald Kirby
11 Dyle Lane
Picayune, MS 39466

Eugene Klaasmeyer
P.O. Box 847
Conway, AR 72032


Colleen J Kotrba
27345 Isle Dr
Chisago City, MN 55013


Konrad Krauland
559 Sandhill Lane #100
Grand Junction, CO 81505


Clifford Kreitz
4008 Montague Dr.
Amarillo, TX 79109


Kenneth Kreitz
3113 E. CR 140
Midland, TX 79701


Rene Kreitz
1209 Calico Lane #2425
Arlington, TX 76011


Todd Kringen
8540 East McDowell Rd #59
Mesa, AZ 85207


Leaf
P.O. Box 644006
Cincinnati, OH 45264


Lee's Oilfield Services
P.O. Box 1348
Orange Grove, TX 78372


Tracy Lenz
P.O. Box 217
Wink, TX 79789


Michael Lipscomb
26451 Curtiss Wright Pkwy #106
Cleveland, OH 44143

Benjamin Liska
14702 Red River Dr.
Corpus Christi, TX 78410


Elizabeth Liska
5701 Saratoga Blvd #232
Corpus Christi, TX 78414


Lone Star Drill Bits
4102 Russell Drive
Corpus Christi, TX 78408


Harold J. Lotz Jr.
705 Wiltshire Ave.
San Antonio, TX 78209


Louis Williams
Porter Rogers et al
800 N. Shoreline #800S
Corpus Christi, TX 78401


John N. Luppino
102 Putters Ct
Warner Robins, GA 31088


Lynco Oil Services Inc.
P.O. Box 271596
Corpus Christi, TX 78427


M&G Rutherford Dtust
4212 Saddlecrest Lane
Westlake Village, CA 91361


M.D. Abel Co.
P.O. Box 949
Lampasas, TX 76550


Arnold Mack
2660 Clubhouse Dr.
Lake Wales, FL 33898


Malone Oilfield Services LLC
P.O. Box 261152
Corpus Christi, TX 78426

Martha McMurry Ellis Trust
1045 Wavely Dr.
Reno, NV 89519


Francis Fay Martinson
8224 Summer Place
Austin, TX 78759


Mary Patricia Dougherty 1998 Trust
P.O. box 4310
Beeville, TX 78104


Mas Tierras Inc
103 Masters Dr
Victoria, TX 77904


Matrix Flow Solutions LLC
P.O. Box 577
Hempstead, TX 77445


Veronica Maxey
8407 Fremont
Lubbock, TX 79423


Dr. R.V. Mayfield
6717 Everhart Rd, Apt. #2101
Corpus Christi, TX 78413


William Alfred Mayfield
805 Crested Butte
Midland, TX 79705


Tom & Jeanette Mazza
1755 Whispering Forest tr
Oviedo, FL 32766


McAllen Radiator Service
c/o J. Terry
104 N 12th St.
McAllen, TX 78501


Doris Lea McCall
11125 N. Rhonda Way
Dunlap, IL 61525

George R. McCarley
636 Fair Oaks Dr.
Uvalde, TX 78801

Carl McCarty
P.O. Box 55
Texline, TX 79087

Sarabeth McFadin
P.O. Box 66
Uvalde, TX 78802

Richard McFarlane
5023 Darlene Dr.
Gurnee, IL 60031

Barton Hunter McGee
533 Talor St.
Jackson, MS 39216

Karthryn Louise McGee
19 Clement Place
Asheville, NC 28805

George W. McMurry Jr.
P.O. Box 218
Sabinal, TX 78881

Marion Fitzhugh McNiven
1440 Hawthorne Terrace
Berkeley, CA 94708

Florence Hermann McQuaig
715 Koebig Rd
Seguin, TX 78155

MD Totco
2351 Energy Ave
Alice, TX 78332

Medina County Tax A/C
1102 15th Street
Hondo, TX 78861

Mary June Merrell
P.O. Box 1135
Portland, TX 78374


Mid Lavaca Energy Co
P.O. Box 202650
Austin, TX 78720


Miller Consulting Inc
1000 West Ave
Austin, TX 78701


Edmund & Paula Miller
1936 Waverly Dr
West Point, MS 39773


Luanne Miller
1720 Nordberg
Seguin, TX 78155


Mills Bennett Estate
1800 St. James Pl, #301
Houston, TX 77056


Mo-Star Communications
711 Navarro, Suite 700
San Antonio, TX 78205


Mo-Vac Service Co
P.O. Box 2677
McAllen, TX 78502


Terry Morse
1211 West Country Club
Elk City, OK 73644


MPH Production COmpany Inc.
P.O. Box 2955
Victoria, TX 77902


Peter Murphy
10 Brookview Lane
North Easton, MA 02356

Nancy Shavor Trust-2001
5589 Buena Martina Way
Las Vegas, NV 89141


Doris Rapp Neill
P.O. Box 15
Arlington, IL 61312


William J Neiman
209 E Lake Shore Drive  #13E
Chicago, IL 60611


Carl Nink
P.O. Box 356
Cypress, TX 77410


Nitro Construction
P.O. Box 582
Yorktown, TX 78164


JoLynn Nowell
2731 Hickory Bend
Garland, TX 75044


Nueces County Tax Office
P.O. BOx 2810
Corpus Christi, TX 78403


Patrick Nye
802 N. Carancahua #1250
Corpus Christi, TX 78401


William John O'Neill
Route #1
Arlington, IL 61312


OBES Inc.
d/b/a OleBrook Directional Services
P.O. Box 2437
Cleburne, TX 76033


Oil States Energy Services
P.O. Box 203567
Dallas, TX 75320

Osage Environmental
P.O. Box 6565
Lubbock, TX 79493


Padre Tubular Inc
P.O. Box 189
Corpus Christi, TX 78403


Anthony Palamollo
279 Shady Brook Dr.
Langhorne, PA 19047


Andrea Pallamollo
279 Shady Brook Lane
Langhorne, PA 19047


Kenneth A. Pallamollo
105 Homestead Dr.
Goldsboro, NC 27530


Roger A. Pallamollo
135 Nelson St.
Clifton, NJ 07013


Matthew Paschal
623 Senda
Irving, TX 75039


Patriot Oilfield Services
101 W. Goodwin #300
Victoria, TX 77901


Peet Oil Co
Acct 3479
P.O. BOX 1600
San Antonio, TX 78296


Harriette Perkins Bergman
2048 Rosedale Dr.
Port Arthur, TX 77642


Petroleum Producing Services
P.O. Box 4238
Alice, TX 78333

Pettus OIlfield Services
P.O. Box 34
Pettus, TX 78146


Pioneer Oil & Gas Co
1206 W. So. Jordan Pkwy
Unit B
South Jordan, UT 84095


Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250


Pitney Bowes Purchase Power
P.O.Box 371874
Pittsburgh, PA 15250


Mabel Evelyn Pounds
c/o D. Draudt
20903 Ruby Valley Court
Cypress, TX 77433


Precision Drilling Co
P.O. Box 202695
Dallas, TX 75320


Premium Connection Service
P.O. Box 270213
Corpus Christi, TX 78427


Price Heritage LP
903 N. Loop St
San Marcos, TX 78666


Steven Price
3303 Oakwell Circle #220
San Antonio, TX 78218


Matthew & John Pride
P.O. Box701602
Tulsa, OK 74170


Pro Oilfield Service
1800 West Loup South  #1200
Houston, TX 77027

Frederick James Prochaska II
14207 Darvy Springs Way
Cypress, TX 77429


George J. Prochaska Jr.
791 Rockridge Dr.
Ballwin, MO 63021


Dawn Prochaska Snyder
118 Maddaket Loop
Mooresville, NC 28117


Pruit Production Services
P.O. Box 808
Giddings, TX 78942


Pruitts Frac Tanks
P.O. Box 6444
Bryan, TX 77805


QC Energy Resources
62660 Collection Center
Chicago, IL 60693


Quality Energy Service
P.O. Box 3190
Houma, LA 70361


Radley Electric Inc
P.O. Box 336
Sour Lake, TX 77659


Rathole Drilling Inc.
P.O. Box 389
Alice, TX 78333


Razor Specialties
P.O. Box 461668
San Antonio, TX 78246


RCPTX Ltd.
401 Congress Ave #1750
Austin, TX 78701

Katherine & RObert Reader
1534 Colton Way
League City, TX 77573


Verlin L Reece
224 Lake Vista Lane
Commerce, GA 30529


Refinery Specialties Inc
P.O. Box 577
Hempstead, TX 77445


Rental Solutions
5940 E. Hwy 290
Giddings, TX 78942


Rental Xpress LLC
P.O. Box 181140
Corpus Christi, TX 78480


Richard Lease Service
P.O. Box 816
Giddings, TX 78942


Deanna Riechard
P.O. Box 821489
North Richland Hills, TX 76182


John A. RIttenhouse
W9262 Chickadee Rd
Willard, WI 54493


Robert E. Mayfield Estate
c/o B. Daniels
1791 FM 522
West Columbia, TX 77486


Robert L. Dirks Estate
P.O. Box 6844
Corpus Christi, TX 78466


Frederick Fletcher Rogers Jr
14 McKinley St.
Exeter, NH 03833

Roman Catholic Diocese of Austin
6225 Hwy 290 East
Austin, TX 78723


Richard Romano
1936 San Marco Blvd
Jacksonville, FL 32207


Ronny Gene Altman, Trustee
15 W. 6th St., #2301
Tulsa, OK 74119


Ron Rose
P.O. Box 539
Alto, TX 75925


Ross Spence
Snow Spence Green LLP
2929 Allen Parkway #2800
Houston, TX 77019


Patricia Roth
16014 Harbour LIght Dr.
Houston, TX 77044


Roto Versal
P.O. Box 841035
Houston, TX 77284


Roughneck Systems Inc.
107 East Hwy 80
Forney, TX 75126


Royalty Clearinghouse Partnership
401 Congress Ave #1750
Austin, TX 78701


Roywell Services, Inc.
P.O. Box 1329
Bellaire, TX 77402


Thomas Rudd
220 Cedar Drive West
Hudson, WI 54016

Philip L. Rustin
P.O. Box 1227
Durant, OK 74702


Thomas L Ryan
2501 W. Hampton Ave
Milwaukee, WI 53209


S Bowman Ltd
c/o Rhodes Rent Co
202 Del Mar Blvd.
Corpus Christi, TX 78404


S&S Weed Control
1812 Falcon Dr
Portland, TX 78374


Sally A Zabel Revocable Trust
15166 N 122nd St.
Stillwater, MN 55082


Sam Drugan
Warren Drugan & Barrows PC
800 Broadway
San Antonio, TX 78215


Sandford Oil South Texas
P.O. box 71089
Corpus Christi, TX 78467


Margaret Sawyer
142 Main St.
Sandown, NH 03873


Scientific Environmental
102 South Broadway
Edmond, OK 73034


Scott, Douglas & McConnico
303 Colorado St.  #2400
Austin, TX 78701


T.R.G.  Sear
4301 COunty Road 707
Cleburne, TX 76031

Security Sales & Service
P.O. Box 340
Freer, TX 78357


Seitel Data Ltd
10811 S Westview Circle Dr.
Suite 100, Bldg C
Houston, TX 77043


Larry W. Sellers
P.O. Box 121
Pettus, TX 78146


Judy & Alan Shapiro
1684 Ocean Lane, #160
Fort Lauderdale, FL 33316


Nancy Harris Shavor
185 Quail Tr
Beeville, TX 78102


Shear Bits
220 Spring Hill Dr. #200
Spring, TX 77386


William Slone
835 Gil Harbin Industrial Blvd
Valdosta, GA 31601


SMC Forest Lake LLC
P.O. Box 907
Forest Lake, MN 55025


Danny Smith
P.O. Box 821489
North Richland Hills, TX 76182


Eric Smith
1673 Richardson Rd.
Lachine, MI 49753


South Coast Natural Resources LLC
311 Saratoga Blvd.
Corpus Christi, TX 78417

Stabil Drill
P.O. Box 122162
Dept. 2162
Dallas, TX 75312


Jess W. Staples
P.O. Box 30
Tuleta, TX 78162


Star-Jet Services Inc
P.O. Box 9636
Corpus Christi, TX 78469


Robert D Stemen
8515 Fairway Bend
Boerne, TX 78015


Steve A Anderson Revocable Trust
14844 Morgan Ave North
Marine on Saint Croix, MN 55047


Stone Trucking Co
P.O. Box 277
George West, TX 78022


Kevin S. Stotmeister
225 Borrego Ct
Oceanside, CA 92057


STR Constructors Ltd
15500 State Hwy 29W
Liberty Hill, TX 78642


Sun Coast Resources Inc
P.O. Box 202603
Dallas, TX 75320


Milton O. Sundbeck
P.O. Drawer 1217
West Point, MS 39773


Supreme Vacuum Services
2507 South Hwy 181
Karnes City, TX 78118

Kurt & Dana Swanson
302 265th St.
Woodville, WI 54028


Jill Renee Taylor
601 S Harrison Place
Mount Pleasant, IA 52641


Ten Oaks Farms Ltd
792 FM 1961 West
Yorktown, TX 78164


Tenkay Resources Inc
24 Waterway  #700
Spring, TX 77380


Texan Drilling Services
843 W Sedan Rd
Weimar, TX 78962


Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528


Texas Hot Oilers
P.O. Box 1007
Giddings, TX 78942


Texas Industrial Engine
P.O. Box 590
George West, TX 78022


Texas Landmark Surveying
26254 IH-10 West  #105
Boerne, TX 78006


Texas Mutual Insurance
P.O. Box 841843
Dallas, TX 75284


Texas Railroad Commission
Enforcement Division
Office of General Counsel
P.O. Box 12967
Austin, TX 78711

Texas Vanguard Oil Co
P.O. Box 202650
Austin, TX 78720


Robert E Thomas
2112 South St
Lafayette, IN 47904


Caroline Liska Thompson
4502 Thoreau Circle
Corpus Christi, TX 78410


JoAnn Thornton
79 Sandown Rd
Danville, NH 03819


Tiger Industrial Rentals
P.O. Box 790
Beaumont, TX 77704


George A. Tipler
7093 County Rd T
Oshkosh, WI 54904


John R Todd
5142 VIa Madrid
Oceanside, CA 92057


TOMA Foundation
c/o Randall Green
1930 Firemens Lane
Deltona, FL 32738


Total Screen Solutions
P.O. Box 260554
Corpus Christi, TX 78426


Towns & Hagemann Inc
1301 Nueces St #102
Austin, TX 78701


Trace Properties Limited
P.O. Box 19
Pettus, TX 78146

Trinity Environmental Services
13543 Hwy 71 West
Austin, TX 78738


Rex Troost
5553 Kenowa Ave SW
Grandville, MI 49418


Trunk Bay Royalty Prt Ltd
P.O. Box 671099
Dallas, TX 75367


Tubular Resources Inc
1108 Soldiers Field Ct #800
Sugar Land, TX 77479


Tommy Tucker
8765 Spring Cypress--L #174
Spring, TX 77379


U.S. Attorney
Attn: BKCY Dept
601 NW Loop 410, Suite 600
San Antonio, TX 78216


U.S. Trustee
615 E. Houston, Rm 533
San Antonio, TX 78295-1539


Umphres Services Inc
1034 CR 228
Giddings, TX 78942


Steven Unverferth
P.O. Box 357
Kalida, OH 45853


Robert Vallance Sr
1 Commercial Place
Schertz, TX 78154


Gretchen Van Beers
12234 FM 2354
Baytown, TX 77523

Vaughn Energy Services
P.O. Box 261021
Corpus Christi, TX 78426

Bernadette Vess
3429 Cavalier COurt
Irving, TX 75062

Victoria Trading Co LLC
P.O. Box 1077
Edinburg, TX 78540

W.W. Bankerd, Trustee
c/o C. Spinner
P.O. Box 279
Burnet, TX 78611

Charlie G. Waits
3578 Richfield St
Aurora, CO 80013

Ann Lucretia Walton
1610 Primrose St.
Conroe, TX 77385

John Walton
315 wood Trail
Kerrville, TX 78028

Thomas Ward
2922 Canal Dr.
Port Huron, MI 48060

Weatherford US, LP
P.O. Box 301003
Dallas, TX 75303

Werler Energy LLC
c/o Paul Werler
3915 Hiwawatha Ave S
Minneapolis, MN 55406

Jane Gully West
7805 Enchanted Isle Dr.
Arlington, TX 76016

White Marlin Oil & Gas
15990 N Barkers Landing  #350
Houston, TX 77079

White Marlin Operating
15990 N. Barkers Landing  #350
Houston, TX 77079

Verona Whitmore
1416 Lakewood Dr
Mendota, IL 61342

Wildcat Energy Services
88269 Expedite Way
Chicago, IL 60695

Wiley Lease Co Ltd.
P.O. Box 1020
Pleasanton, TX 78064

Michael L. Willmon
356 Nink Rd
Smithville, TX 78957

Wilson County Tax A/C
2 Library Lane, Suite 1
Floresville, TX 78114-2239

Joseph Wilson
1408 N. Regency Pkwy
Muncie, IN 47304

WL Flowers Machine & Welding
2585 S. Federal Hwy 281
Alice, TX 78332

Shirley Womack
7325 E Princess Blvd Unit 4207
Scottsdale, AZ 85255

John Wooley
3609 Arrowhead
Austin, TX 78731

World Hydrocarbons Inc
5961 County Rd 283
Kaufman, TX 75142


Daniel Wray
P.O. Box 2649
Minden, NV 89423


J.B. & Hazel Wright
685 County Rd 1503
Rusk, TX 75785


Yazoo Enterprises Inc
409 Enterprise Dr.
Victoria, TX 77905


John V. York
3303 Oakwell Ct #220
San Antonio, TX 78218


Zedi
P.O. Box 51475
Lafayette, LA 70505


Ernest Zeller
34545 State Rd 23 South
South Bend, IN 46614


Todd Zimmerman
P.O. Box 147
Hayesville, OH 44838

# United States Bankruptcy Court
## Western District of Texas

In re   **Republic Resources, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Republic Resources, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 31, 2015**

Date

**/s/ William B. Kingman**

**William B. Kingman**

Signature of Attorney or Litigant

Counsel for   **Republic Resources, LLC**

**Law Offices of William B. Kingman, P.C.**

**4040 Broadway**
**Suite 450**
**San Antonio, TX 78209**
**(210) 829-1199 Fax:(210) 821-1114**
**bkingman@kingmanlaw.com**