IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-52637 |
| | § | |
| REPUBLIC RESOURCES, LLC | § | |
| Debtor | § | CHAPTER 11 PROCEEDING |

CERTIFICATE OF SERVICE REGARDING
ORDER UNDER 11 U.S.C. §§ 105(a) AND 366 (I) PROHIBITING UTILITY COMPANIES FROM ALTERING OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (II) APPROVING DEPOSIT AS ADEQUATE ASSURANCE OF PAYMENT, (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT, AND (IV) SCHEDULING A HEARING TO CONSIDER ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT REQUESTS

I hereby certify that on November 12th, 2015, a true and correct copy of the Court's *Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment, and (IV) Scheduling a Hearing to Consider Additional Adequate Assurance of Payment Requests* [entered on November 12th, 2015 as Court's Docket #28] was served upon the attached list of utility vendors via U.S. First Class Mail, postage prepaid, and upon the parties requesting notice in this matter via the Court's ECF System.

Respectfully submitted on November 18th, 2015.

                                                                         LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
                                                                         4040 Broadway, Suite 450
                                                                         San Antonio, Texas 78209
                                                                         Telephone: (210) 829-1199
                                                                         Facsimile: (210) 821-1114
                                                                         Email: bkingman@kingmanlaw.com

                                                                         By: */s/ William B. Kingman*
                                                                         William B. Kingman, State Bar No. 11476200
                                                                         *Proposed Counsel for Debtor*

1

## List of Utility Providers

XO Communications
14230 Collections Center
Chicago, IL 60693

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716

Public Storage
1938 NE Loop 410
San Antonio, TX 78217

CP&L
P.O. Box 660897
Dallas, TX 75266

Bluebonnet Electric
P.O. Box 240
Giddings, TX 78942

Karnes Electric
P.O. Box 7
Karnes City, TX 78118

San Patricio Electric
P.O. Box 360
San Antonio, TX 78292

Stream Energy
P.O. Box 650026
Dallas, TX 75265