UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
JAMES W. ROSE, JR.
TRIAL ATTORNEY
615 E. HOUSTON, RM. 533
P.O. BOX 1539
SAN ANTONIO, TX 78295-1539
Telephone: (210) 472-4640
Facsimile: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REPUBLIC RESOURCES, LLC, | § | CASE NO. 15-52637-CAG |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR IN POSSESSION | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

     COMES NOW the United States Trustee ("UST"), through the undersigned attorney, pursuant to §1102(a)(1) and (b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in the case Republic Resources, LLC.

1. Sun Coast Resources, Inc.
   6405 Cavalcade St. Bldg 1
   Houston, TX 77026
   (713) 844-9600
   Contact: Mike Stoner
   E-mail: mstoner@suncoastresources.com

2. Baker Hughes Oilfield Operations, Inc.
   P.O. Box 4740
   Houston, TX 77210
   (713) 439-8771
   (713) 439-8778 Fax
   Contact: Christopher J. Ryan
   E-mail: christopher.ryan@bakerhughes.com

3.    Padre Tubular, Inc.
      P.O. Box 189
      Corpus Christi, TX 78403
      (361) 887-0861
      (361) 887-0899 Fax
      Contact: Tom Herrlich, Jr.
      E-mail: tom@padretubular.com

4.    GEM Services, LLP
      P.O. Box 1101
      Pearsall, TX 78061
      (210) 862-6244
      (210) 493-6818 Fax
      Contact: Gerald E. Mann

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: /s/James W. Rose, Jr.
    James W. Rose, Jr.
    Trial Attorney
    Texas Bar No. 17251900
    615 E. Houston, Rm. 533
    P.O. Box 1539
    San Antonio, TX 78295-1539
    (210) 472-4640
    (210) 472-4649 Fax
    E-mail: james.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors has been served upon each member of the committee of unsecured creditors by United States mail, first class, postage pre-paid, and/or by electronic means for all Pacer system participants at the addresses contained in the Notice of Appointment and to the parties on the attached service list on this the 18th day of November, 2015.

/s/ James W. Rose, Jr.
James W. Rose
Trial Attorney