B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re **Republic Resources, LLC**　　　　　　　　　Case No. **15-52637**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Baker Hughes Oilfield Operations, Inc**<br>**P.O. Box 301057**<br>**Dallas, TX 75303** | **Baker Hughes Oilfield Operations, Inc**<br>**P.O. Box 301057**<br>**Dallas, TX 75303** | **Lawsuit 2015-52286 295th Judicial District, Harris CO** | | **1,645,780.34** |
| **Padre Tubular Inc**<br>**P.O. Box 189**<br>**Corpus Christi, TX 78403** | **Padre Tubular Inc**<br>**P.O. Box 189**<br>**Corpus Christi, TX 78403** | | | **263,247.33** |
| **Nueces County Tax Office**<br>**P.O. BOx 2810**<br>**Corpus Christi, TX 78403** | **Nueces County Tax Office**<br>**P.O. BOx 2810**<br>**Corpus Christi, TX 78403** | **ad valorem taxes** | | **230,979.74** |
| **Milton O. Sundbeck**<br>**P.O. Drawer 1217**<br>**West Point, MS 39773** | **Milton O. Sundbeck**<br>**P.O. Drawer 1217**<br>**West Point, MS 39773** | **Working interest owner** | | **179,729.01** |
| **Precision Drilling Co**<br>**P.O. Box 202695**<br>**Dallas, TX 75320** | **Precision Drilling Co**<br>**P.O. Box 202695**<br>**Dallas, TX 75320** | **drilling services Lawsuit** | | **175,713.18** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **income taxes** | | **160,941.20** |
| **Tenkay Resources Inc**<br>**24 Waterway  #700**<br>**Spring, TX 77380** | **Tenkay Resources Inc**<br>**24 Waterway  #700**<br>**Spring, TX 77380** | **Working interest owner** | | **152,556.19** |
| **Teresa A. Gillet Estate**<br>**c/o Dorothy A. Felux, Admin.**<br>**P.O. Box 53**<br>**Elmendorf, TX 78112** | **Teresa A. Gillet Estate**<br>**c/o Dorothy A. Felux, Admin.**<br>**P.O. Box 53**<br>**Elmendorf, TX 78112** | **Royalty interest owner** | | **150,704.85** |
| **OBES Inc.**<br>**d/b/a OleBrook Directional Services**<br>**P.O. Box 2437**<br>**Cleburne, TX 76033** | **OBES Inc.**<br>**d/b/a OleBrook Directional Services**<br>**P.O. Box 2437**<br>**Cleburne, TX 76033** | **Bastrop County assets** | **Disputed** | **132,789.02**<br><br>**(0.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re **Republic Resources, LLC**
Debtor(s)

Case No. **15-52637**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Top Notch Energy Services, Inc. c/o Porter Rogers et al. Attn: Louis W. Williams 800 N. Shoreline Blvd., Suite 800S Corpus Christi, TX 78401 | Top Notch Energy Services, Inc. c/o Porter Rogers et al. Attn: Louis W. Williams Corpus Christi, TX 78401 | Bastrop County assets | Disputed | 100,000.00 (0.00 secured) |
| David Longoria Trucking P.O. Box 159 Agua Dulce, TX 78330 | David Longoria Trucking P.O. Box 159 Agua Dulce, TX 78330 | | Disputed | 90,040.08 (0.00 secured) |
| Bee County Tax Assessor P.O. Box 1900 Beeville, TX 78104 | Bee County Tax Assessor P.O. Box 1900 Beeville, TX 78104 | ad valorem taxes | | 81,400.42 |
| Sun Coast Resources Inc P.O. Box 202603 Dallas, TX 75320 | Sun Coast Resources Inc P.O. Box 202603 Dallas, TX 75320 | | Disputed | 79,389.26 (0.00 secured) |
| Mike J. Jones P.O. Box 487 Quincy, WA 98848 | Mike J. Jones P.O. Box 487 Quincy, WA 98848 | Working interest owner | | 76,515.60 |
| Nitro Construction P.O. Box 582 Yorktown, TX 78164 | Nitro Construction P.O. Box 582 Yorktown, TX 78164 | lease services | | 71,953.51 |
| David & Edna Harden 203 Boone Rd Washington, PA 15301 | David & Edna Harden 203 Boone Rd Washington, PA 15301 | Working interest owner | | 64,570.50 |
| Lee's Oilfield Services P.O. Box 1348 Orange Grove, TX 78372 | Lee's Oilfield Services P.O. Box 1348 Orange Grove, TX 78372 | equipment rental | | 62,608.47 |
| Cross Timbers Energy LLC 400 West Seventh St. Fort Worth, TX 76102 | Cross Timbers Energy LLC 400 West Seventh St. Fort Worth, TX 76102 | Working interest owner | | 61,665.79 |
| Marilyn Jo & Dale Hamilton 8120 Amelia Cove Austin, TX 78750 | Marilyn Jo & Dale Hamilton 8120 Amelia Cove Austin, TX 78750 | Royalty owner | | 58,838.00 |
| Gulf Coast Total Fluids Transfer, Inc. 5429 Wagon Trail Robstown, TX 78380 | Gulf Coast Total Fluids Transfer, Inc. 5429 Wagon Trail Robstown, TX 78380 | Bastrop County assets | | 58,298.08 (0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Republic Resources, LLC**  
Debtor(s)

Case No. **15-52637**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 23, 2015**

Signature **/s/ John V. York**  
**John V. York**  
**President/Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.