**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**P.O. BOX 1539**
**SAN ANTONIO, TX 78295-1539**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REPUBLIC RESOURCES, LLC, | § | CASE NO. 15-52637-CAG |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR IN POSSESSION | § | |

**AMENDED NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee ("UST"), through the undersigned attorney, pursuant to §1102(a)(1) and (b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in the case Republic Resources, LLC.

1. Sun Coast Resources, Inc.
   6405 Cavalcade St. Bldg 1
   Houston, TX 77026
   (713) 844-9600
   Contact: Mike Stoner
   E-mail: mstoner@suncoastresources.com

2. Baker Hughes Oilfield Operations, Inc.
   P.O. Box 4740
   Houston, TX 77210
   (713) 439-8771
   (713) 439-8778 Fax
   Contact: Christopher J. Ryan
   E-mail: christopher.ryan@bakerhughes.com

3. Padre Tubular, Inc.
   P.O. Box 189
   Corpus Christi, TX 78403
   (361) 887-0861
   (361) 887-0899 Fax
   Contact: Tom Herrlich, Jr.
   E-mail: tom@padretubular.com

4. GEM Services, LLP
   P.O. Box 1101
   Pearsall, TX 78061
   (210) 862-6244
   (210) 493-6818 Fax
   Contact: Gerald E. Mann

5. Tenkay Resources, Inc.
   24 Waterway Avenue, Suite 700
   The Woodlands, TX 77380
   (281) 363-2406
   (281) 292-7758 Fax
   Contact: Keith Crews
   E-mail: dkcrews@tenkay.com

        Respectfully submitted,

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE
        REGION 7

        By: /s/James W. Rose, Jr.
           James W. Rose, Jr.
           Trial Attorney
           Texas Bar No. 17251900
           615 E. Houston, Rm. 533
           P.O. Box 1539
           San Antonio, TX 78295-1539
           (210) 472-4640
           (210) 472-4649 Fax
           E-mail: james.rose@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing <u>Amended Notice of Appointment of Committee of Unsecured Creditors</u> has been served upon each member of the committee of unsecured creditors by United States mail, first class, postage pre-paid, and/or by electronic means for all Pacer system participants at the addresses contained in the Notice of Appointment and to the parties on the attached service list on this the 2nd day of December, 2015.

<u>/s/ James W. Rose, Jr.</u>
James W. Rose
Trial Attorney