IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-52637-CAG |
| REPUBLIC RESOURCES, LLC | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

**CASE STATUS REPORT SUBMITTED BY RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE**

NOW COMES RANDOLPH N. OSHEROW, ("Trustee"), the Chapter 7 Trustee of the bankruptcy estate of REPUBLIC RESOURCES, LLC, debtor in the above-entitled and numbered proceeding, and files this Case Status Report and would show unto the Court the following:

1. 1. On 10/31/15, a voluntary petition was filed initiating this case under Chapter 11 of the Bankruptcy Code. A Motion to Convert the Case was filed by REPUBLIC RESOURCES, LLC. A hearing was held on February 17th, 2016, and the court appointed Randolph N. Osherow as Interim Chapter 7 trustee of debtor's estate. A hearing was held on April 25th, 2016, at which time Jason R. Searcy was elected as permanent Trustee. Mr. Searcy passed away in January 2019, at which time Randolph N. Osherow was subsequently reappointed as Trustee effective January 22, 2019.

Trustee's Status Report: Debtors' interest in Adversary Case No. 17-5029 (Case No. 5:18-MC-1204-DAE & 5: 17-CV-483-DAE) is pending in District Court. Once this adversary is complete, the two pending objection to claims, Docket No. 482 and Docket No. 481 will be addressed by the Trustee.

Respectfully submitted this 11th day of, April, 2019.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-52637-CAG |
| | § | |
| REPUBLIC RESOURCES, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the CHAPTER 7 TRUSTEE'S CASE STATUS REPORT was served by U.S. first class mail, postage prepaid, upon the following parties of record this 11th day of April, 2019:

Republic Resources, LLC
3303 Oakwell Court, Suite 220
San Antonio, TX 78218
Debtor

William B. Kingman
4040 Broadway, Suite 450
San Antonio, TX 78209
Counsel for Debtor

U.S. Trustee
P.O. Box 1539
San Antonio, Texas 78295

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com